**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| Mary Espinoza,<br>  Plaintiff,<br><br> v.<br><br>Honeywell International, LLC and UOP<br>LLC,<br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. 1:24-cv-00259-MSM-AEM

**ORDER**

Before the Court is the parties' Joint Motion to Enforce Defendants' Subpoena and Compel Inspection of Premises of Non-Party National Grid (ECF No. 59).  The matter was referred to me for determination pursuant to 28 U.S.C. § 686(b)(1)(A) and Federal Rule of Civil Procedure 72(a).

The condition of the ladder the parties are seeking to inspect is critical to resolving the issues in this case.  The parties' proposed conditions for that inspection and existing protective order (ECF No. 40) are sufficient to ensure that any burden on non-party National Grid does not outweigh the benefit of the information the parties and their experts will gain from the inspection. The parties have clearly established that the subpoena is relevant and proportional to the claims and defenses in this case and National Grid has not sustained its burden of demonstrating that compliance with the subpoena would result in an undue burden.  *See Euell v. Rhode Island*, C.A. No. 22-101-MRD-PAS, 2026 WL 309605, at *2 (D.R.I. Feb. 5, 2026).

The Joint Motion to Enforce Defendants' Subpoena and Compel Inspection of Premises of Non-Party National Grid is therefore GRANTED as follows:

1. Within 21 days of this Order, National Grid is compelled to permit an on-site inspection of the ladder identified in Defendants' subpoena on a mutually agreeable date, during business hours, and subject to National Grid's site safety rules.

2. Plaintiff, Defendants, and their respective designated experts/consultants are authorized to enter the Premises and measure, photograph, video-record, and perform 3D imaging/scanning of: (i) the ladder and platform; and (ii) the immediately surrounding area, as necessary to capture context for forensic and other analyses.

3. The parties' experts/consultants are authorized to ascend the ladder up to and including the first platform.  Any experts/consultants who will ascend the ladder must (i) be trained in the "Three Point Contact" method and the proper procedures for the safe use of fixed industrial ladders, (ii) provide proof of training and CVs to National Grid; (iii) attend pre-Inspection safety briefing by National Grid; (iv) wear and utilize all Personal Protective Equipment (PPE) required by National Grid; and (v) be under the supervision of a National Grid representative at all times while on the ladder.

4. The parties shall label any measurements, photographs, video-recordings, and 3D images/scans from inspecting the ladder as "CONFIDENTIAL BUSINESS INFORMATION" pursuant to the Stipulated Modified Protective Order currently in place (ECF No. 40) and shall maintain, return, and/or destroy the measurements, photographs, video-recordings, and 3D images/scans in accordance with that Protective Order.

It is so ordered.


 /s/   Amy E. Moses
AMY E. MOSES
United States Magistrate Judge

May 13, 2026